PANISH SHEA & BOYLE LLP
KEVIN R. BOYLE, State Bar No. 192718
  *boyle@psblaw.com*
ANDREW OWEN, State Bar No. 273343
  *owen@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA MILLS, individually, CHANDA MILLS, individually, ESTATE OF LARRY MILLS, by and through its Personal Representative, TRINA MILLS, <br><br>              Plaintiffs, <br><br>    v. <br><br>PIPER AIRCRAFT, INC., a corporation; BLUE GOOSE AVIATION, LLC, a corporation; and DOES 1 through 50, <br><br>              Defendants. | Case No. 17-cv-03038-JD <br><br>**JOINT PROPOSAL ON DISMISSAL AND TOLLING OF PLAINTIFFS AND BLUE GOOSE AVIATION, LLC** <br><br>Honorable James Donato |

Pursuant to the Court's Minute Order (Doc. No. 20), Plaintiffs TRINA MILLS, individually, CHANDA MILLS, individually, ESTATE OF LARRY MILLS, by and through its Personal Representative, TRINA MILLS ("PLAINTIFFS"), and Defendant BLUE GOOSE AVIATION, LLC, a corporation ("BLUE GOOSE") (together, the "PARTIES"), by and through their respective counsel of record, hereby submit the following Joint Proposal on Dismissal and Tolling:

1. PLAINTIFFS agree to dismiss BLUE GOOSE without prejudice in exchange for BLUE GOOSE agreeing to toll any statute of limitations applicable to PLAINTIFFS' claims and BLUE GOOSE agreeing to not attempt to argue PLAINTIFFS are barred from filing a new lawsuit based upon this dismissal without prejudice of BLUE GOOSE.

2. PLAINTIFFS further agree to notify BLUE GOOSE in writing of the resolution of the mediation with Piper Aircraft, Inc., and that if a settlement with Piper is not reached, and new lawsuit is to be filed, that it will be filed within 30 days after the mediation's conclusion.

DATED: September 19, 2017    PANISH SHEA & BOYLE LLP

By:  /s/ Kevin R. Boyle
     Kevin R. Boyle
     Andrew Owen
     Attorneys for Plaintiffs

DATED: September 19, 2017    CUNNINGHAM SWAIM, LLP

By:  /s/ Michael J. Terhar
     Michael J. Terhar
     Jonathan E. Hembree
     Attorneys for Defendant, BLUE GOOSE AVIATION, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles, CA 90025.

On September 19, 2017, I served true copies of the following document(s) described as **JOINT PROPOSAL ON DISMISSAL AND TOLLING OF PLAINTIFFS AND BLUE GOOSE AVIATION, LLC** on the interested parties in this action as follows:

| | |
|---|---|
| Don Swaim | Michael Terhar |
| Cunningham Swaim, LLP | Cunningham Swaim, LLP |
| 7557 Rambler Road, Suite 400 | 2 N. Lake Ave., Suite 550 |
| Dallas, TX 75231 | Pasadena, CA. 91101 |
| Telephone: 214.646.1495 | Telephone: 626.765.3000 |
| Attorneys for Defendant PIPER AIRCRAFT, INC. | Attorneys for Defendant BLUE GOOSE AVIATION |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 19, 2017, at Los Angeles, California.

                                                /s/ Andrew Owen
                                                Andrew Owen

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
310.477.1700 phone • 310.477.1699 fax